ACCEPTED
15-25-00169-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/31/2025 11:53 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00169-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/31/2025 11:53:46 AM
CHRISTOPHER A. PRINE
Clerk

APEX ATX LLC,
*Appellant,*

v.

ELIZABETH OVERBY,
*Appellee.*

ON APPEAL FROM THE 261ST JUDICIAL DISTRICT COURT
OF TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-25-000894
THE HONORABLE JAN SOIFER, PRESIDING

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Elizabeth Overby ("Appellee") files this Unopposed Motion for Extension of Time and respectfully shows the Court as follows:

### I.
### MOTION FOR EXTENSION OF TIME

This case is on appeal from the 261st Judicial District Court in Travis County, Texas.

Appellee's Brief is currently due on January 6, 2026.

The Court has authority to grant an extension of time. TEX. R. APP. P. 10.5(b).

Appellee seeks an extension of time of thirty days to file her Brief, so that the new deadline to file Appellee's Brief would be February 5, 2026.

Page 1

Appellee's counsel requests an extension of time based on current caseload obligations and respectfully seeks additional time to sufficiently respond to and fully brief the issues presented to the Court.

No previous extension of time to file Appellee's Brief has been requested or granted. This extension is not opposed by Appellant.

**II.**
**CONCLUSION AND PRAYER**

For the reasons discussed above, Appellee Elizabeth Overby respectfully requests that the Court grant her Motion for Extension of Time and grant an additional thirty days in which to file her Brief, until February 5, 2026.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON & MCGARR KAMINSKI & SHIRLEY, L.L.P.

By: _Jessica Marcoux Hall_____
David A. Buono II
State Bar No. 24001806
Jessica Marcoux Hall
State Bar No. 24046348
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
Phone: (512) 347-1604
Fax: (512) 347-1676
david@ssjmlaw.com
jessica@ssjmlaw.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

In compliance with TEX. R. APP. P. 10.1(a)(5), I certify that on December 31, 2025, my office conferred with Mr. Terrazas, Ms. Foster and Ms. de la Garza (counsel for Appellant), and Ms. Foster responded that she does not oppose this motion.

Jessica Marcoux Hall

Jessica Marcoux Hall


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served electronically upon all counsel of record on this the 31st day of December, 2025:

Kevin J. Terrazas      *kterrazas@terrazaspllc.com*
Jennifer A. Foster      *jfoster@terrazaspllc.com*
Laura de la Garza      *ldelagarza@terrazaspllc.com*
TERRAZAS PLLC
1001 S. Capital of Texas Hwy.
Bldg. L, Suite 250
Austin, Texas 78746

**ATTORNEYS FOR APPELLANT**

Jessica Marcoux Hall

Jessica Marcoux Hall

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109571311
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion for Extension of Time to File Brief
Status as of 12/31/2025 1:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jessica Hall | 24046348 | jessica@ssjmlaw.com | 12/31/2025 11:53:46 AM | SENT |
| Kevin Terrazas | | kterrazas@terrazaspllc.com | 12/31/2025 11:53:46 AM | SENT |
| Jennifer Foster | | jfoster@terrazaspllc.com | 12/31/2025 11:53:46 AM | SENT |
| David Buono | | david@ssjmlaw.com | 12/31/2025 11:53:46 AM | SENT |
| Henning Schmidt | | HSchmidt@stradlinglaw.com | 12/31/2025 11:53:46 AM | SENT |
| Deidra Clark | | deidra@ssjmlaw.com | 12/31/2025 11:53:46 AM | SENT |
| Laura de la Garza | | ldelagarza@terrazaspllc.com | 12/31/2025 11:53:46 AM | SENT |